UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY SCOTT,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>          Defendant. | No.  CV-11-0417-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: May 24, 2013

                              SEAN F. McAVOY
                              Clerk of Court

                              By:  *s/Pam Howard*
                                    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**